IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01666-RPM

SEA TO SKY CORP D/B/A GIRTON MART,

      Plaintiff,

vs.

THE AUTO-OWNERS INSURANCE COMPANY,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **August 19, 2014, at 11:30**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the

format provided with those instructions (Rev. 11/11).  The proposed order (original only)

on paper, shall be submitted directly to chambers by **4:00 p.m. on August 14, 2014.**  The

conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1)

will be completed no later than 10 calendar days before the scheduling conference.  It is

FURTHER ORDERED that counsel for the parties shall file respective disclosure

statements pursuant to  Fed.R.Civ.P. 7.1.

DATED:   June 20th, 2014

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge