IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01666-RPM

SEA TO SKY CORP D/B/A GIRTON MART,

    Plaintiff,
vs.

THE AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

---

ORDER EXTENDING DISCOVERY DEADLINE

---

    Upon review of the joint stipulated motion to extend the discovery cutoff to and including March 20, 2015, for the sole purpose of completing depositions of the Claims Master and Plaintiff, it is

    ORDERED that the motion is granted.

    DATED:  February 20th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior Judge