IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01666-RPM

SEA TO SKY CORP D/B/A GIRTON MART,

     Plaintiff,

vs.

THE AUTO-OWNERS INSURANCE COMPANY,

     Defendant.

_____

## ORDER SETTING TRIAL DATE
_____

     Pursuant to the pretrial conference today, it is

     ORDERED that this matter is set for trial to jury on **September 21, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .

     DATED:  May 8th, 2015

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior Judge