IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01666-RPM

SEA TO SKY CORP D/B/A GIRTON MART,

    Plaintiff,

vs.

THE AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

     A trial preparation conference is scheduled for **September 11, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: August 19, 2015