IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01666-RPM

SEA TO SKY CORP D/B/A GIRTON MART,

     Plaintiff,

vs.

THE AUTO-OWNERS INSURANCE COMPANY,

     Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

     Pursuant to the Notice of Settlement [Doc. 39], the September 21, 2015, trial date is vacated.  The parties shall file a stipulation for dismissal on or before October 19, 2015.

DATED:   September 17, 2015