IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01666-RPM

SEA TO SKY CORP D/B/A GIRTON MART,

    Plaintiff,
vs.

THE AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal of Action with Prejudice, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

DATED: October 8th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge